IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DONA MATERA, | CIVIL NO. 07-00227 SPK-LEK |
| Plaintiff, | |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

## ORDER ADOPTING REPORT OF SPECIAL MASTER

A Report of Special Master on Plaintiff's Petition for Attorney's Fees Pursuant to [42 U.S.C.] § 206(B)(1) was filed and served on all parties on 11/25/09, and no objections were filed by any party,

Therefore, pursuant to 28 U.S.C. § 636(b)(1)(C) and LR 74.2, the Report of Special Master is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 21, 2009.



/s/ Samuel P. King
Samuel P. King
Senior United States District Judge